# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 831 | **DATE** | 12/13/2007 |
| **CASE TITLE** | | USA vs. JAMES WILKINS, Jr. | |

**DOCKET ENTRY TEXT**

Government's motion to seal the arrest warrant and complaint until January 13, 2008 is granted.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | JS |
|---|---|---|