UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
12-13-07
DEC 13 2007

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

In the Matter of the             )
   Arrest of:                   )    No. ~~07 M~~ 07CR831
                                                 )
JAMES (A/K/A BUDDY) WILKINS, JR.  )    Honorable Susan E. Cox
                                                 )
                                                 )

## ORDER

IT IS HEREBY ORDERED that the arrest warrant and complaint in this matter are ordered sealed as of today's date, December 12, 2007, and shall continue to be sealed until January 13, 2008, or further order of the Court, whichever is earlier.

_[signature]_
Susan E. Cox
U.S. Magistrate Judge