## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 831 - 1 | **DATE** | 12/17/2007 |
| **CASE TITLE** | United States of America vs. James Wilkins | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 12/17/07. Defendant informed of rights. The Court appoints Federal Defender Program, John Murphy, as counsel for the defendant. Enter order appointing John Murphy as counsel for defendant. Defendant waives preliminary examination. The Court enters a finding of probable cause; the defendant is ordered bound to the U.S. District Court for further proceedings. By agreement of the parties, the defendant is released on a $4,500.00 own recognizance bond.

■ [ For further detail see separate order(s).]                                   Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|