UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 07 CR 831 |
| | ) |
| JAMES (A/K/A BUDDY) WILKINS, JR. | ) Honorable Susan E. Cox |

**GOVERNMENT'S MOTION TO DISMISS**
**COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, the United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss the complaint in the above-captioned case pursuant to Fed. R. Crim. P. 48(a).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   *s/William R. Hogan, Jr.*
WILLIAM R. HOGAN, JR.
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4185

-2-

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**GOVERNMENT'S MOTION TO DISMISS
COMPLAINT WITHOUT PREJUDICE**

was served pursuant to the district court's ECF system as to ECF filers.


                        *s/William R. Hogan, Jr.*
By:    WILLIAM R. HOGAN, JR.
       Assistant United States Attorney
       219 S. Dearborn Street
       Chicago, Illinois 60604
       (312) 886-4185