# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES IN THE CASE OF | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|
| _____ VS. _____ | FOR _____ AT _____ | |

**PERSON REPRESENTED** (Show your full name): James W. Wilkins, Jr.

FILED
12-17-07
DEC 17 2007
Magistrate Judge Sidney I. Schenkier
United States District Court

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate:
District Court: 07 CR 831
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☑ Am Self Employed
- Name and address of employer: Wilkins Home Repairs, 2630 Bridgeport, Winston Salem NC
- IF YES, how much do you earn per month? $ 1200
- IF NO, give month and year of last employment. How much did you earn per month? $ \_\_\_\_
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ \_\_\_\_
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ \_\_\_\_

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
  - RECEIVED: 4,000 — SOURCES: Rezko Enterprises (estimate) (back pay)

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $ \_\_\_\_

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - VALUE: $160,000 — DESCRIPTION: Home
  - VALUE: 500 — DESCRIPTION: Citation 1967 (boat)

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☑ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- relationship to them: \_\_\_\_

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Total Debt | Monthly Payt. |
|---|---|---|
| BB&T Bank (Mortgage) | $115,000 | $1000 |
| Tax Lien | $55,000 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/17/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Jas Wilkins Jr