# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 831 - 1 | **DATE** | 9/2/2008 |
| **CASE TITLE** | USA vs. James Wilkins, Jr. | | |

**DOCKET ENTRY TEXT**

The Complaint, arrest warrant are ordered unsealed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|