# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 831 - 1 | **DATE** | 9/3/2008 |
| **CASE TITLE** | United States of America vs. James (A/K/A Buddy) Wilkins, Jr. | | |

**DOCKET ENTRY TEXT**

The Government's motion to dismiss complaint without prejudice pursuant to Fed. R. Crim. P. 48 (a) [7] is granted. Enter Order.

■[ For further details see text below.]　　　　Docketing to mail notices.

## STATEMENT

| | Courtroom Deputy Initials: | VKD |
|---|---|---|