UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 07 CR 831 |
| | ) |
| JAMES (A/K/A BUDDY) WILKINS, JR. | ) Honorable Susan E. Cox |

## ORDER

The government has moved the Court to dismiss the Criminal Complaint in the above-referenced matter without prejudice pursuant to Fed. R. Crim P. 48(a).

IT IS HEREBY ORDERED THAT the Criminal Complaint in this matter be dismissed without prejudice.

SO ORDERED:

SUSAN E. COX
United States Magistrate Judge

DATED: September 3, 2008